NATHAN B. SCHREIER, Respondent, *v.* JOHN M. CASHIN, as Trustee in Bankruptcy of KINDERHOOK MANUFACTURING Co., INC., Appellant, Impleaded with Others.

Argued June 12, 1940; decided July 24, 1940.

*John H. Cogan* and *Emanuel A. Obstfeld* for appellant.
*Forrest S. Chilton* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.